N. G. THOMAS, &C. v. M. P. THOMAS ADMRX.

Contracts—The Hirer of a Slave Substituted to Right of Owner for the Time.
    The hirer of a slave for a specific time is substituted to the right of
    the owner for that time, and takes upon himself the risk of the loss of
    service by his death or other cause not provided against in the contract.

APPEAL FROM OWEN CIRCUIT COURT.

June 30, 1869.

OPINION OF THE COURT BY JUDGE HARDIN:

The only question presented, in this case for our determination
is, whether the court erred in sustaining the demurrer of the
plaintiff to the 3rd paragraph of the answer.

The answer exhibits no written contract between the parties,
nor does it allege that in the hiring of the slave, any reservation
or promise was made, exempting the defendant from the respon-
sibility imported by their note, in the then apparent contingency
that part, at least, of the service of the slave would be lost
by the adoption of the constitutional amendment. And the
contract as alleged, substantially avers alike a sale of the use
of the mill and of the owner's title to the services of the slave,
for the term expiring on the 25th of December, 1865. And we
perceive no sufficient reason for making this case an exception
to the general rule, long recognized, and recently re-affirmed in
the case of *Hughes v. Todd, 2 Duvall 188,* that generally the
hiring of a slave for a specified time, was substituted to the right
of the owner for that time, and took upon himself the risk of the
loss of service by the escape of the slave, or his death or other
cause, not provided against in the contract.

Wherefore the judgment is *affirmed.*

*Major & Montgomery, for appellants.*

*Lillard, for appellee.*